# *UNITED STATES DISTRICT COURT*

# *NORTHERN DISTRICT OF NEW YORK*

---

**PAUL KAHLER, ET AL**

   vs.

**COUNTY OF RENSSELAER, ET AL**

---

JUDGMENT IN A CIVIL CASE

**CASE NO.**  1:03-CV-1324 (LEAD)
              1:02-CV-847 (MEMBER)

___  **JURY VERDICT.**  This action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**XX**  **DECISION BY COURT.**  This action came to trial of hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the motion to certify the class is **GRANTED**, and it is further

    **ORDERED** that the settlement is approved concerning the payments to the class members, and it is further

    **ORDERED** that the application for $66,000.00 in incentive fees is **DENIED**.  The Court, however, will allow $5,000.00 in incentive fees to Mr. Bruce.  All other applications for incentive fees are **DENIED**, and it is further

    **ORDERED** that the application for $580,000.00 in attorneys' fees is **DENIED**, however, the Court will allow a total of $442,701.74 for attorneys' fees, litigation expenses, and administrative costs, and it is further

**ORDERED** that the cases 1:03-cv-1324 and 1:02-cv-847 are hereby **DISMISSED WITH PREJUDICE.**

All in accordance with Judge McAvoy's Order filed on September 23, 2004.

Dated:  September 23, 2004

Clerk of Court

s/ A. Topa
By:  Deputy Clerk